DONALD FELIX, Respondent, v LAW OFFICES OF THOMAS F. LIOTTI, Appellant.

Submitted November 16, 2015; decided January 12, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.